## (April 18, 1961)

■ WILLIAM E. BENSON et al., Plaintiffs, and MABEL HLAVA, Appellant, v. GERRITTSEN BEACH PROPERTY OWNERS ASSOCIATION, INC., Respondent, et al., Defendants.— Motion by appellant for a stay of trial, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it on May 5; appeal ordered on the calendar for said day. The record and appellant's brief must be served and filed on or before April 28, 1961. Beldock, Ughetta, Kleinfeld and Christ, JJ., concur; Nolan, P. J., not voting.

## (April 21, 1961)

■ CITY SCREENPRINT CORP., Appellant, v. AGUILAR CORPORATION et al., Respondents.— Motion by plaintiff to extend beyond April 30, 1961, the existing stay of further proceedings in the summary proceeding between the parties in the Municipal Court of the City of New York; such stay having been granted by this court, upon a prior appeal, on June 27, 1960, subject to certain conditions (11 A D 2d 728). Motion granted; stay extended upon the same conditions until 20 days after entry of the order determining the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (April 24, 1961)

■ JOHN H. ADLER, Respondent, v. KENNETH M. SMALLEY, JR., Appellant. — Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ABRAHAM GREENFIELD, Respondent, v. REALTY FUNDS, INC., et al., Appellants.— Motions by appellants to extend their time to answer the complaint, granted; appellants' time extended until 10 days after entry of the order determining the appeals. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Final Accounting of HENRY D. PEROTTI, as Executor and Trustee under the Will of JOHN PEROTTI, Deceased, Respondent. ERNEST PEROTTI, Appellant.— Motion by objectant-appellant to dispense with the printing of certain of the enumerated details of the filed account, granted; a typewritten copy of such details to be submitted upon the argument of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.